UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

       Plaintiff,

  v.

GBPA, INC., a California Corporation,

       Defendants.

) Case No.: 5:21-cv-05639-BLF
)
) **ORDER**
)
)
)
)
)
)
)

_____

## <u>ORDER</u>

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____

_____

HONORABLE BETH LABSON FREEMAN

United States District Judge