CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Richard Morin (SBN 285275)
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net
Attorney for Defendant
GBPA, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>GBPA, INC., a California Corporation,<br><br>      Defendants. | Case No.: 5:21-cv-05639-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 02,2021      CENTER FOR DISABILITY ACCESS

By:      /s/ Amanda Seabock
          Amanda Seabock
          Attorneys for Plaintiff

1     Dated: November 02,2021     LAW OFFICE OF RICK MORIN, PC

2

3

4                           By:     /s/ Richard Morin

5                                  Richard Morin
                                    Attorneys for Defendant

6                                  GBPA, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for GBPA, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 02,2021        CENTER FOR DISABILITY ACCESS

                            By:     /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff