| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Amanda Seabock, Esq., SBN 289900 |
|   | Prathima Price, Esq., SBN 321378 |
| 3 | Dennis Price, Esq., SBN 279082 |
| 4 | 8033 Linda Vista Road, Suite 200 |
|   | San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
|   | amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff |

**APPROVED**
/s/ Beth Labson Freeman
Judge Beth Labson Freeman

Richard Morin (SBN 285275)
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net
Attorney for Defendant
GBPA, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 5:21-cv-05639-BLF |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| GBPA, INC., a California Corporation, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 02, 2021        CENTER FOR DISABILITY ACCESS

By:    /s/ Amanda Seabock
       Amanda Seabock
       Attorneys for Plaintiff

| | | |
|---|---|---|
| Dated: November 02, 2021 | LAW OFFICE OF RICK MORIN, PC | |
| | By: | /s/ Richard Morin |
| | | Richard Morin |
| | | Attorneys for Defendant |
| | | GBPA, Inc. |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for GBPA, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 02, 2021          CENTER FOR DISABILITY ACCESS

                                By:     /s/ Amanda Seabock
                                           Amanda Seabock
                                           Attorneys for Plaintiff